AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Ezequiel Dominguez Abreu, | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 22cv4495 |
| Metro Coffee Shop Corp., Sundial Management Company Inc., and Enrique Guzman, | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Metro Coffee Shop Corp., Sundial Management Company Inc., and Enrique Guzman
10110 Foster Ave, Brooklyn, NY 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/1/2022



/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*